**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 10-2-DLB-EBA**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**vs.**                                              **ORDER**

**LARRY MEEK**                                              **DEFENDANT**

\*        \*        \*        \*        \*        \*        \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months imprisonment, with completion of his unexpired term of supervised release to follow (Doc. # 239).  During the final revocation hearing conducted by Magistrate Judge Atkins on July 21, 2011, Defendant admitted to violating several conditions of his supervised release.

Defendant having waived his right to allocution during the final revocation hearing (Doc. # 238), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration.  Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.        The Report and Recommendation (Doc. # 239) is hereby **ADOPTED** as the

1

findings of fact and conclusions of law of the Court;

2.      Defendant is found to have **VIOLATED** the terms of his supervised release;

3.      Defendant's supervised release is hereby **REVOKED**;

4.      Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months**.  Following release from incarceration, Defendant shall be placed on an **additional term of supervised release of one (1) year**;

5.      Violations # 3 and # 4 are hereby **DISMISSED**; and

6.      A Judgment shall be entered concurrently herewith.

This 15th day of August, 2011.

Signed By:
*David L. Bunning*     DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2010\10-2 Meek Order adopting R&R re SR.wpd